| | |
|---|---|
| TIMOTHY LEE EVANS, SR.,   )<br>         Plaintiff,   )<br>                     )<br>  v.   )<br>                     )<br>CAROLYN W. COLVIN, Acting Commissioner   )<br>of Social Security,   )<br>         Defendant.   ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-512-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 24] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on January 19, 2017, and Copies To:**

Brian M. Ricci                                           (via CM/ECF electronic notification)

David M. Mansfield                             (via CM/ECF electronic notification)

DATE:                                          JULIE RICHARDS JOHNSTON, CLERK
January 19, 2017                           (By)  /s/ Nicole Briggeman
                                                  Deputy Clerk